**Electronically Filed
Supreme Court
SCWC-16-0000313
02-FEB-2018
07:52 AM**

SCWC-16-0000313

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOSHUA WILHELM,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000313; FC-CR. NO. 12-1-1234)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Hiraoka, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Joshua Wilhelm's

application for writ of certiorari filed on December 21, 2017, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 2, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Keith K. Hiraoka

